IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOANIE ALSTON,<br><br>    Plaintiff,<br><br>v.<br><br>PARK PLEASANT, INC.,<br><br>    Defendant. | CIVIL ACTION<br>NO. 14-07237 |

## ORDER

**AND NOW**, this 21st day of October, 2015, upon consideration of Park Pleasant Inc.'s Motion for Summary Judgment (ECF No. 16), it is **ORDERED** that:

1. The Motion is **GRANTED**;

2. Judgment is entered in favor of Defendant Park Pleasant, Inc. and against Plaintiff Joanie Alston.

              BY THE COURT:


              */s/ Gerald J. Pappert*
              GERALD J. PAPPERT, J.