IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOANIE ALSTON,** <br><br> Plaintiff, <br><br> v. <br><br> **PARK PLEASANT, INC.,** <br><br> Defendant. | **CIVIL ACTION** <br><br> **NO. 14-07237** |

### ORDER

**AND NOW**, this 2nd day of February, 2016, upon consideration of Joanie Alston's Motion to Amend Judgment or Alternatively for Reconsideration (ECF No. 43) and Park Pleasant Inc.'s Response (ECF No. 44), it is **ORDERED** that the motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.